The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PETERSON and DEBORAH PETERSON, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>NOEL SMITH and "JOHN DOE" SMITH, spouses, and the marital community composed thereof; UNITED STATES of AMERICA,<br><br>Defendants. | CASE NO. 2:19-cv-00312-JLR<br><br>ORDER REFORMING CAPTION<br><br>[PROPOSED] |

Having reviewed the Notice of Substitution and a duly executed Certification of Brian T. Moran, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of Noel Smith and "John Doe" Smith.

IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

Order Reforming Caption (Proposed)
2:19-cv-00312-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| DAVID PETERSON and DEBORAH PETERSON, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | CASE NO. 2:19-cv-00312-JLR |

DATED this 27th day of May, 2019.

_____
JAMES L. ROBART
United States District Judge

Order Reforming Caption (Proposed)
2:19-cv-00312-JLR - 2

Presented by:

BRIAN T. MORAN
United States Attorney

*/s/ Heather C. Costanzo*
HEATHER C. COSTANZO, Fla. # 37378
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: heather.costanzo@usdoj.gov

Order Reforming Caption (Proposed)
2:19-cv-00312-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970