UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PETERSON, et al.,<br><br>                Plaintiffs,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. C19-0312JLR<br><br>ORDER STRIKING DEFENDANT'S DISCOVERY MOTION |

Before the court is Defendant United States of America's ("the Government") Federal Rule of Civil Procedure 35 motion for an order compelling Plaintiffs David Peterson and Deborah Peterson to submit to psychological examinations. (Mot. (Dkt. # 17).) The Government filed its motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's June 4, 2019, scheduling order. (*See* Sched. Order (Dkt. # 16) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the

court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). Accordingly, the court STRIKES the Government's motion (Dkt. # 17) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.

Dated this 6th day of March, 2020.

JAMES L. ROBART
United States District Judge